YASMIN KABIR, Respondent, v COUNTY OF MONROE et al., Appellants.

Submitted June 7, 2010; decided June 24, 2010

Motion by County of Suffolk for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.

SIMON LORNE et al., Appellants, v 50 MADISON AVENUE LLC et al., Defendants, and BOARD OF MANAGERS et al., Respondents.

Submitted April 12, 2010; decided June 24, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.